# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DEBORAH NEBENZAHL,

                                        CASE NO. C 06-00778 SC

             Plaintiff(s),

        v.                              STIPULATION AND [PROPOSED]
CORNING INCORPORATED, et al.            ORDER SELECTING ADR PROCESS

             Defendant(s).
_____ /

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   ✔    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   ✔    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

        other requested deadline _____

Dated: May 26, 2006

                                        _____
                                        Attorney for Plaintiff
                                        E. Gerard Mannion

Dated: May 26, 2006

                                        _____
                                        Attorney for Defendant
                                        Lane J. Lopez

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DEBORAH NEBENZAHL,

                      Plaintiff(s),

              v.

CORNING INCORPORATED, et al.

                    Defendant(s).

CASE NO. C 06-00778 SC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   ✔   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   ✔   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: May 26, 2006

Dated: May 26, 2006

Attorney for Plaintiff
E. Gerard Mannion

Attorney for Defendant
Lane J. Lopez

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
> Non-binding Arbitration
> Early Neutral Evaluation (ENE)
> X Mediation
> Private ADR

Deadline for ADR session
> X 90 days from the date of this order.
> other

IT IS SO ORDERED.

Dated: __May 31, 2006__



IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT JUDGE