1  John W. Shaw [State Bar No. 82802]
   Lane J. Lopez [State Bar No. 227998]
2  SHAW, TERHAR & LaMONTAGNE, LLP
   707 Wilshire Boulevard, Suite 3060
3  Los Angeles, California 90017
   Telephone:  (213) 614-0400
4  Facsimile:  (213) 629-4534

5  Attorneys for Defendant
   CORNING INCORPORATED; WORLD
6  KITCHEN, INC. and WKI HOLDING CO., INC.

7

8             **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DEBORAH NEBENZAHL,                    ) Case No. C 06-00778 SC
                                          )
12            Plaintiff,                  ) **SUBSTITUTION OF ATTORNEY**
                                          )
13      vs.                               ) Judge: Hon. Samuel Conti
                                          )
14  CORNING INCORPORATED; WORLD           ) Complaint Filed: December 12, 2005
    KITCHEN, INC.; WKI HOLDING            )
15  COMPANY, INC.; and DOES 1 through     )
    100, inclusive,,                      )
16                                        )
              Defendant.                  )
17  _____ )

18

19

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21

22      PLEASE TAKE NOTICE that Defendants Corning Incorporated, World

23  Kitchen, Inc., and WKI Holding Company Inc., hereby substitute as its attorney of

24  record in this action Goodwin | Procter LLP, 101 California Street, San Francisco,

25  California 94111, in the place of Shaw, Terhar & LaMontagne LLP, 707 Wilshire

26  ///

27  ///

28  ///

LAW OFFICES
SHAW, TERHAR &
LaMONTAGNE, LLP

SUBSTITUTION OF ATTORNEY

1  Boulevard, Suite 3060, Los Angeles, California 90017.

2

3  The undersigned consents to the foregoing substitution:

4

5  Dated:  June  **5** , 2006                    SHAW, TERHAR & LaMONTAGNE, LLP

6

7                                               By: _____

8                                                   John W. Shaw
                                                    Lane J. Lopez
9                                                   Attorneys for Defendant
                                                    CORNING INCORPORATED;
10                                                  WORLD KITCHEN, INC. and WKI
                                                    HOLDING CO., INC.

11

12        The undersigned accepts the foregoing substitution of attorneys:

13

14  Dated: June    2006

15

16                                               By: _____
                                                    Forrest A. Hainline  (State Bar No.
17                                                  Goodwin | Procter LLP          64166)
                                                    101 California Street
18                                                  San Francisco, California 94111
                                                    Tel: 415-733-6000
19                                                  Fax: 415-677-9041

20

21

22                                               By: _____

23  Dated: June    2006                             Raymond J. Kulla
                                                    General Counsel
24                                                  11911 Freedom Drive
                                                    Suite 600
25                                                  Reston, Virginia  20190
                                                    Tel: 703-456-4712
26

27

28

LAW OFFICES
SHAW, TERHAR &
LaMONTAGNE, LLP

SUBSTITUTION OF ATTORNEY

Error! Unknown document property name. Error! Unknown document property name.   Error! Unknown document property name.-Error!
Unknown document property name.

# PROOF OF SERVICE
## Deborah Nebenzahl v. Corning Incorporated, et al.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3060, Los Angeles, California 90017.

On June 7, 2006, I served the within document(s) described as:

SUBSTITUTION OF ATTORNEY

on the interested parties in this action as stated below:

Forrest A. Hainline, Esq.
GOODWIN | PROCTER
101 California St.
San Francisco, CA 94111

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2006, at Los Angeles, California.

| Nicki Lombardo | |
|---|---|
| (Type or print name) | (Signature) |