GOODWIN PROCTER LLP
FORREST A. HAINLINE III (SBN 64166)
SUSANNE N. GERAGHTY (SBN 218098)
101 California St, Suite 1850
San Francisco, California 94111
415.733.6000
415.677.9041 (facsimile)
sgeraghty@goodwinprocter.com

Attorneys For Defendants
CORNING INCORPORATED,
WORLD KITCHEN, INC., and
WKI HOLDING COMPANY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NEBENZAHL, <br><br> Plaintiff, <br><br> vs. <br><br> CORNING INCORPORATED, WORLD KITCHEN, INC., WKI HOLDING COMPANY, INC., and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. C 06-00778 SC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |

IT IS HEREBY STIPULATED by and between plaintiff Deborah Nebenzahl ("plaintiff")
and defendants Corning Incorporated, World Kitchen, Inc. and WKI Holding Company, Inc.
(collectively, "defendants"), through their attorneys of record, to continue the deadline to complete
mediation from August 24, 2006 to October 27, 2006.

This is the parties' first request to continue the deadline to complete mediation. Defendants
served discovery on June 30, 2006, and plaintiff's responses are due at the beginning of August
2006. Defendants intend to subpoena documents from third parties by August 31, 2006, and to take
necessary depositions, including plaintiff's deposition, by September 30, 2006. The parties believe
that completing this discovery, including plaintiff's deposition, is necessary in order to enhance the
prospects for settlement at the mediation and to ensure that the parties are able to effectively

1  participate in the mediation. The parties intend to schedule the mediation to take place before

2  October 27, 2006.

3      The parties have advised the court-appointed mediator, Mr. Arnold Haimes, of the proposed

4  schedule and he does not object. The parties have confirmed that Mr. Haimes is generally available

5  to conduct the mediation in October 2006.

6      The requested continuance will not alter the date of any other event or deadline already fixed

7  by court order.

8      Dated:  August 1, 2006            MANNION & LOWE

9                                       A Professional Corporation

10                                      By: _____

11                                          E. Gerard Mannion

12                                      Attorneys for Plaintiff
                                        DEBORAH NEBENZAHL

13

14     Dated:  August __, 2006              GOODWIN PROCTER LLP

15                                      Forrest A. Hainline III (SBN 64166)
                                        Susanne N. Geraghty (SBN 218098)
16                                      101 California St, Suite 1850
                                        San Francisco, California 94111
17                                      415.733.6000
                                        415.677.9041

18                                      By: _____

19                                          Susanne N. Geraghty

20                                      Attorneys For Defendants
                                        CORNING INCORPORATED,
21                                      WORLD KITCHEN, INC., and
                                        WKI HOLDING COMPANY, INC

22

23                                 **ORDER**

24     PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

25  ORDERED that the deadline to complete mediation in this action shall be continued from August

26  24, 2006 to October 27, 2006.

27  Dated: ___ August 2, 2006 ___

28                                      U.S. D... IT IS SO ORDERED

                                        Judge Samuel Conti

                                                              06-00778 SC

Stipulation and [Proposed] Order Continuing Deadline ...mplete Mediation

Goodwin Procter LLP
101 California Street
San Francisco, CA 94111