GOODWIN PROCTER LLP
FORREST A. HAINLINE III (SBN 64166)
SUSANNE N. GERAGHTY (SBN 218098)
101 California St, Suite 1850
San Francisco, California 94111
415.733.6000
415.677.9041 (facsimile)
sgeraghty@goodwinprocter.com

Attorneys For Defendants
CORNING INCORPORATED,
WORLD KITCHEN, INC., and
WKI HOLDING COMPANY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH NEBENZAHL,<br><br>Plaintiff,<br><br>vs.<br><br>CORNING INCORPORATED, WORLD KITCHEN, INC., WKI HOLDING COMPANY, INC., and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. C 06-00778 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |

 IT IS HEREBY STIPULATED by and between plaintiff Deborah Nebenzahl ("plaintiff") and defendants Corning Incorporated, World Kitchen, Inc. and WKI Holding Company, Inc. (collectively, "defendants"), through their attorneys of record, to continue the deadline to complete mediation from October 27, 2006 to December 15, 2006.

 This is the parties second request to extend the deadline to complete mediation. The parties have almost completed written discovery necessary to enhance the prospects for settlement at the mediation, and defendants are scheduled to take plaintiff's deposition on Friday, October 20, 2006. The parties originally scheduled the mediation to take place on October 27, 2006, which was the

1  deadline set by the Court in August 2006, but request an extension of the deadline to complete the
2  mediation for two reasons:

3     (1)    Defendants' client representative, who is located on the east coast, wishes to
4            attend the mediation but is unavailable on October 27, 2006. Although
5            plaintiff's counsel and the mediator do not object to having the client
6            representative appear by telephone, both parties believe that personal
7            appearances often render mediations more productive.

8     (2)    Defendants are still in the process of determining why the product at issue in
9            this case broke. Defendants attempted to complete their investigation prior to
10           October 27, 2006, but were unable to do so because of the unavailability of
11           the expert testing the product.

12       The parties have advised the court-appointed mediator, Mr. Arnold Haimes, of the proposed
13 schedule and he does not object. The parties have confirmed that Mr. Haimes is generally available
14 to conduct the mediation in late November or early December.

15       The requested continuance will not alter the date of any other event or deadline already fixed
16 by court order.

17 Dated: October 17, 2006          MANNION & LOWE
                                    E. Gerard Mannion
18                                  Wesley M. Lowe
                                    655 Montgomery Street, Suite 1200
19                                  San Francisco, California 94111
                                    415.733.1050
20                                  415.434.4810

21

22                                  By: _____
                                         E. Gerard Mannion
23
                                    Attorneys for Plaintiff
24                                  DEBORAH NEBENZAHL

25

26 Dated: October 17, 2006          GOODWIN PROCTER LLP
                                    Forrest A. Hainline III (SBN 64166)
27                                  Susanne N. Geraghty (SBN 218098)
                                    101 California St, Suite 1850
28                                  San Francisco, California 94111
                                    415.733.6000

```
                                        415.677.9041
                                    By: /s/ S. N. G.
                                        _____
                                        Susanne N. Geraghty

                                    Attorneys For Defendants
                                    CORNING INCORPORATED,
                                    WORLD KITCHEN, INC., and
                                    WKI HOLDING COMPANY, INC
```

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline to complete mediation in this action shall be continued from October 27, 2006 to December 15, 2006.

Dated: October 26, 2006

The Honorable Samuel Conti, Sr.
U.S. District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Goodwin Procter LLP
101 California Street
San Francisco, CA 94111