GOODWIN PROCTER LLP
Forrest A. Hainline III (SBN: 64166)
Susanne N. Geraghty (SBN: 218098)
101 California St
San Francisco, CA 94111
Tel.: 415-733-6000
Fax: 415-677-9041

Attorneys For: Defendants
CORNING INCORPORATED,
WORLD KITCHEN, INC.
AND WKI HOLDING COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DEBORAH NEBENZHAL

Plaintiff,

vs.

CORNING INCORPORATED, WORLD KITCHEN, INC., WKI HOLDING COMPANY, INC. and DOES 1 through 100, inclusive

Defendants.

Case No. C 06-00778 SC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge: Hon. Samuel Conti

Date: Complaint Filed: February 3, 2006

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Deborah Nebenzhal and Defendants Corning Incorporated, World Kitchen, Inc., and WKI Holding Company, Inc., being all of the parties to the above-captioned action, hereby stipulate and agree to the dismissal of this action with prejudice, without fees or costs, and with each party waiving its right to appeal.

By:______________________
Susanne N. Geraghty, Esq.

Dated: March 27, 2007

GOODWIN PROCTER LLP
101 California Street, Suite 1850
San Francisco, CA 94111
Tel.: 415-733-6000
Fax: 415-677-9041

*Attorneys for Defendants*
*Corning Incorporated, World Kitchen, Inc., and WKI Holding Company, Inc.*

By:______________________
E. Gerard Mannion, Esq.

Dated: March 23, 2007

MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Fax: 415-773-1050

*Attorney for Plaintiff*
*Deborah Nebenzhal*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Samuel Conti